ACCEPTED
04-15-00035-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 6:03:09 PM
KEITH HOTTLE
CLERK

**No. 04-15-00035-CV**

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/22/2015 6:03:09 PM
KEITH E. HOTTLE
Clerk

_____

*Ark Dimension 4, Inc. and Robert Pospisil,*
*Appellants*

*v.*

*Michelle Griffith, Personal Representative of the Estate of Del O. Amy, Deceased,*
*Appellee*

_____

Appealed from 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

_____

**MOTION TO EXTEND ABATEMENT**
**OF APPEAL PENDING SETTLEMENT**

_____

Appellants, Ark Dimension 4, Inc. and Robert Pospisil, and Appellee, Michelle Griffith, file this Motion to Extend Abatement of Appeal Pending Settlement, and respectfully show as follows:

1.    On May 14, 2015, the parties filed a "Joint Motion to Abate Appeal," which this Court granted on May 22, 2015. In the Order entered May 22, 2015, the Court abated the case for a period of 30 days and instructed the parties either to file a motion to dismiss the appeal or a motion to extend the abatement.

2.    The settlement in this case is conditioned upon the closing of a commercial real estate transaction which has not happened as of this date. Accordingly, the parties hereby move the Court to extend the abatement an additional 30 days, until July 21, 2015.

1

WHEREFORE, the parties request the Court to extend the abatement in this matter an additional 30 days so that they can finalize the settlement in this matter, and for such other relief to which they may be entitled.

Respectfully submitted,

BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937
Email: dsnell@bsklaw.com

By: _____/S/_____
    David C. "Clay" Snell
    State Bar No. 24011309
ATTORNEY FOR APPELLANTS

_____/S?_____
Genevieve Klein Gold
State Bar No._____
The Nevins Law Firm
206 W. Main Street
Fredericksburg, Texas 78624
Telephone: (830)990-0557
Telecopier: (830) 990-0559
ATTORNEY FOR APPELLEE,
MICHELLE GRIFFITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Genevieve Klein Gold, The Nevins Law Firm, 206 W. Main Street, Fredericksburg, Texas 78624, on this the 22nd day of June, 2015.

_____/S/_____
David C. "Clay" Snell

2